UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADESSE MIJA ADEFRIS,<br>　　　　Plaintiff,<br>　v.<br>ALEJANDRO MAYORKAS,<br>　　　　Defendant. | Case No.  23-cv-03485-PCP<br><br>**ORDER TO SHOW CAUSE** |

On July 13, 2023, Mr. Adefris filed a complaint against defendant Alejandro Mayorkas and an application to proceed in forma pauperis. On August 29, 2023, the Court issued an order denying the application. Dkt. No. 6. Mr. Adefris then timely paid the civil case filing fee in compliance with that Order. *See* Dkt. No. 7.

Although Mr. Adefris has paid the civil case filing, he has as of today's date failed to provide the Court with proof that he has served Mr. Mayorkas with the complaint. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Because the time for service of the complaint on Mr. Mayorkas under Rule 4(m) passed several months ago, IT IS HEREBY ORDERED that Mr. Adefris shall provide proof of service on Mr. Mayorkas or show cause in writing why his claims against Mr. Mayorkas should not be dismissed for failure to serve. Mr. Adefris shall provide such proof of service or a response in writing by no later than February 14, 2024.

The Court also informs Mr. Adefris that the Federal Pro Se Program at the San José Courthouse provides free information and limited-scope legal advice to pro se parties in federal

civil cases. The Program can help determine whether cases might be eligible for appointment of pro bono counsel and can provide referrals to other legal services. Appointments can be made by calling (408) 297-1480. More information is available online at cand.uscourts.gov/helpcentersj.

**IT IS SO ORDERED.**

Dated: January 24, 2024

P. Casey Pitts
United States District Judge